UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Michael S. Kimm, Esq. (Pro hac vice pending)
KIMM LAW FIRM
333 Sylvan Avenue, Suite 106
Englewood Cliffs, New Jersey 07632
Tel 917-477-8500

*Attorneys for Plaintiff (PHV)*

| | |
|---|---|
| JEONGHOON KIM,<br><br>            Plaintiff,<br><br>    vs.<br><br>SUSAN LO, CATALDO LEONE, TRUSTEES OF BOSTON UNIVERISTY a/k/a B.U. SCHOOL OF DENTISTRY a/k/a B.U. GRADUATE SCHOOL OF DENTISTRY, JEFFERY HUTTER, SHABTAI SAPIR, DOLRUDEE PORSCHE JUMLONGRAS, WENDY CHENEY, AND JANE DOES & JOHN DOES 1-10,<br><br>            Defendants. | No. 1:24-cv-11134-JEK<br><br><br><br>**Notice of Appeal** |

Please take notice that Plaintiff appeals from the Order filed March 7, 2025, to the United States Court of Appeals for the First Circuit, under 28 USC 1291.

Dated: March 11, 2025

/s/ Michael S. Kimm
Michael S. Kimm, Esq.
KIMM LAW FIRM
333 Sylvan Avenue, Suite 106
Englewood Cliffs, New Jersey 07632
T: 917-477-8500
*Attorneys for Plaintiffs (PHV)*

1

**Certificate of Service**

The foregoing was served upon all parties/counsel by ECF.

| | |
|---|---|
| Dated: March 11, 2025 | /s/ Michael S. Kimm |
| | Michael S. Kimm, Esq. |
| | KIMM LAW FIRM |
| | 333 Sylvan Avenue, Suite 106 |
| | Englewood Cliffs, New Jersey 07632 |
| | T: 917-477-8500 |
| | *Attorneys for Plaintiffs (PHV)* |